AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eduardo Palomeque, Jose Miguel De Paz Tonilla, | ) Case No. 24-mj-253-N |
| Dami Dnanchundia-Rezabaca Tanly, Walter | ) |
| Alejandro Hedrera, and Adrian Palomeque Gordiuo | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jose Miguel De Paz Tonilla

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Title 46 U.S.C. 70503: An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

Title 46 U.S.C. 70506(b): Conspiracy to violate Title 46 U.S.C. 70503

Date:     October 10, 2024
1:15 pm

*Issuing officer's signature*

City and state:     Mobile, Alabama

Hon. Katherin P. Nelson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/10/24 , and the person was arrested on *(date)* 10/29/24
at *(city and state)* Miami, FL

Date:  11/21/24

*Arresting officer's signature*

Matt Chakwin | SA
*Printed name and title*